JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LOWE,<br><br>    Plaintiff,<br><br>vs.<br><br>SANOFI US SERVICES INC., et al.,<br><br>    Defendants. | CASE NO.: 2:23-cv-09545-JFW-JCx<br><br>Judge: Hon. John F. Walter<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE (FED. R. CIV. P. 41(a)(1)(A)(ii))<br><br>[Filed concurrently with stipulation] |

Having considered the Stipulation of Plaintiff Kimberly Lowe and Defendants Sanofi US Services Inc. and sanofi-aventis U.S. LLC and good cause appearing:

**IT IS HEREBY ORDERED** that this entire action is dismissed without prejudice pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(ii).

Dated: __4/4_____, 2024

_____
Hon. John F. Walter
United States Judge